**No. 39099.**—Protest 924848–G of Brier Mfg. Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of imitation semiprecious stones, faceted. The claim at 20 percent under paragraph 1528 was therefore sustained.